# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DAMIEN FORD**                                                                **PLAINTIFF**

**V.**                  **CASE NO. 5:16-CV-234-BRW-BD**

**P. GOOLEY, et al.,**                                             **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition filed by Magistrate Judge Beth Deere. After careful review of the Recommended Disposition and Mr. Ford's objections, and after a *de novo* review of the record, the Court approves and adopts the Recommendation in all respects.

Damien Ford's Complaint (Doc. No. 2) is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915A. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 12th day of October , 2016.

                                                /s/ Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE