**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**DAMIEN FORD**                                                                                    **PLAINTIFF**

**V.**                              **CASE NO. 5:16-CV-234-BRW-BD**

**P. GOOLEY, et al.,**                                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE. The Court certifies, under 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED, this 12th day of October , 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE